

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2015

No. 04-14-00670-CR

Simon Rene **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10101
Honorable Mary D. Roman, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED.  Time is extended to June 19, 2015.

**PER CURIAM**

ATTESTED TO: _____

KEITH E. HOTTLE
CLERK OF COURT

cc:  Jorge G. Aristotelidis                    Mary Beth Welsh
     Aristotelidis & Moore                    Assistant Criminal District Attorney
     310 S. St. Mary's St. #1830              Paul Elizondo Tower
     San Antonio, TX 78205                    101 W. Nueva, Suite 370
                                              San Antonio, TX 78205